ATTACHMENT A

STATEMENT OF FACTS

Strike the final paragraph on Page 5, beginning with "Accordingly, COSTIANES..."

Replace with:

   Accordingly, **COSTIANES** stipulates and agrees that while his personal acts of distribution, to the named parties from Grand Jury testimony, involved a quantity less than 12 grams of cocaine, the greater conspiracy, involving his purchases from the supplier, for his own personal use, involved a reasonably foreseeable quantity of 73 grams of cocaine.

SO STIPULATED:

_____

Jeffrey J. Izant

P. Michael Cunningham

Assistant United States Attorneys

_____

Elias Nick Costianes

Defendant

_____

Michael Tomko, Esq.

1

Exhibit 1

Counsel for Defendant