*Exhibit 3*

 Outlook

## Fwd: Plea Offer

**From** Elias Costianes <eliasncostianes@gmail.com>
**Date** Fri 12/6/2024 9:30 AM
**To** The UPS Store #1421 <store1421@theupsstore.com>

📎 1 attachment (13 KB)
Plea fix.docx;

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Sent from my iPhone

Begin forwarded message:

> **From:** Elias Costianes <eliasncostianes@gmail.com>
> **Date:** October 7, 2024 at 8:23:47 AM EDT
> **To:** Andrew Szekely <Andrew_Szekely@fd.org>, Paresh Patel <Paresh_Patel@fd.org>
> **Subject: Fwd: Plea Offer**
>
> This is a copy of what Me Tomko type up and I signed that was supposed to be included in the Plea but was NOT.
>
> Additionally after receiving and reading the testimony one person said the amount that was supposed to be 0.5g actually weighed 0.3g.

*Exhibit 3*

File attached thank you and I look forward to our call.

Elias Costianes
240-426-4569
Sent from my iPhone

Begin forwarded message:

> **From:** Rosenberg and Tomko <rosenbergandtomko@gmail.com>
> **Date:** June 6, 2023 at 5:22:07 PM EDT
> **To:** Elias Costianes <eliasncostianes@gmail.com>
> **Subject: Re: Plea Offer**
>
> let's try again
>
> *Rosenberg & Tomko, P.A.*
> 201 N. Charles Street - Suite 2304
> Baltimore, MD  21201
> Ph:  410-752-1133  Fax:  410-752-1195
>
> On Tue, Jun 6, 2023 at 5:17 PM Rosenberg and Tomko <rosenbergandtomko@gmail.com> wrote:
>> see attached fix
>>
>> *Rosenberg & Tomko, P.A.*
>> 201 N. Charles Street - Suite 2304
>> Baltimore, MD  21201
>> Ph:  410-752-1133  Fax:  410-752-1195

On Tue, Jun 6, 2023 at 3:57 PM Rosenberg and Tomko <rosenbergandtomko@gmail.com> wrote:

> here the final final final
>
> ***Rosenberg & Tomko, P.A.***
> 201 N. Charles Street - Suite 2304
> Baltimore, MD  21201
> Ph:  410-752-1133  Fax:  410-752-1195

On Tue, Jun 6, 2023 at 12:46 PM Rosenberg and Tomko <rosenbergandtomko@gmail.com> wrote:

> See attached.  We must sign by 5pm.
>
> ***Rosenberg & Tomko, P.A.***
> 201 N. Charles Street - Suite 2304
> Baltimore, MD  21201
> Ph:  410-752-1133  Fax:  410-752-1195